ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
ERIK W. LUEDEKE (249211)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA M. McKENNA, Derivatively on Behalf of GOOGLE INC., <br><br>                          Plaintiff, <br><br>     vs. <br><br> LARRY PAGE, et al., <br><br>                          Defendants. <br><br>     – and – <br><br> GOOGLE INC., a Delaware corporation, <br><br>                          Nominal Party. | No. 11-cv-04248-PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL |

[Caption continued on following page.]

648183_1

| | |
|---|---|
| JAMES CLEM, Derivatively on Behalf of GOOGLE INC., | No. 11-cv-04249-RMW |
| Plaintiff, | |
| vs. | |
| LARRY PAGE, et al., | |
| Defendants. | |
| – and – | |
| GOOGLE INC., a Delaware corporation, | |
| Nominal Defendant. | |
| AVROHOM GALLIS, Derivatively on Behalf of GOOGLE INC., | No. 11-cv-04270-LHK |
| Plaintiff, | |
| vs. | |
| ERIC E. SCHMIDT, et al., | |
| Defendants. | |
| – and – | |
| GOOGLE INC., a Delaware corporation, | |
| Nominal Defendant. | |

648183_1

WHEREAS, there are presently three shareholder derivative actions on behalf of nominal defendant Google Inc. ("Google" or the "Company") pending in this Court, as follows:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *McKenna v. Page, et al.* | CV-11-04248-PJH | August 29, 2011 |
| *Clem v. Page, et al.* | CV-11-04249-RMW | August 29, 2011 |
| *Gallis v. Schmidt, et al.* | CV-11-04270-LHK | August 29, 2011 |

WHEREAS, *McKenna*, *Clem* and *Gallis* (together, the "Actions") assert breach of fiduciary duty and related claims on behalf of Google against its directors and certain top officers that arise from the same or substantially similar facts, occurrences and transactions;

WHEREAS, the parties have met and conferred and agree that the Actions should be consolidated under Rule 42(a) of the Federal Rules of Civil Procedure, and that consolidation of the Actions will promote judicial economy and preserve both public and private resources;

WHEREAS, counsel for plaintiffs in the Actions have met and conferred and agree that the law firms of Robbins Geller Rudman & Dowd LLP, Robbins Umeda LLP and Pomerantz Haudek Grossman & Gross LLP should be appointed lead counsel for plaintiffs in the Actions;

WHEREAS, defendants take no position as to the appointment of lead counsel for plaintiffs in the Actions; and

WHEREAS, the parties have met and conferred regarding defendants' acceptance of service of the summons and complaints, as well as a schedule for the filing and service of a consolidated complaint and defendants' responses thereto.

THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *McKenna v. Page, et al.* | CV-11-04248-PJH | August 29, 2011 |
| *Clem v. Page, et al.* | CV-11-04249-RMW | August 29, 2011 |
| *Gallis v. Schmidt, et al.* | CV-11-04270-LHK | August 29, 2011 |

2. Every pleading filed in this consolidated action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE INC. SHAREHOLDER DERIVATIVE LITIGATION _____ This Document Relates To: ALL ACTIONS _____ | ) ) ) ) ) ) ) ) ) ) Master File No. CV-11-04248-PJH |

3. When a case which properly belongs as part of *In re Google Inc. Shareholder Derivative Litigation*, Master File No. CV-11-04248-PJH, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of lead counsel in calling to the attention of the Clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the consolidated action, and lead counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

4. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

5. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

6. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

**I.    APPOINTMENT OF LEAD COUNSEL FOR PLAINTIFFS**

7. Robbins Geller Rudman & Dowd LLP, Robbins Umeda LLP and Pomerantz Haudek Grossman & Gross LLP shall serve as lead counsel for plaintiffs in the Actions. Lead counsel shall

1  have authority to speak for plaintiffs in matters regarding pre-trial and trial procedure and settlement
2  negotiations, and shall make all work assignments in such manner as to facilitate the orderly and
3  efficient prosecution of the Actions and to avoid duplicative or unproductive efforts.
4      8.    Defendants take no position as to the appointment of lead counsel for plaintiffs in the
5  Actions.
6      9.    Defendants' counsel may rely upon all agreements made with plaintiffs' lead counsel,
7  and such agreements shall be binding on all plaintiffs.

**II.  ACCEPTANCE OF SERVICE**

9      10.    Counsel for defendants and nominal defendant shall accept service of the summons
10  and complaint within five business days after entry of this Order.

**III.  SCHEDULE**

12      11.    Plaintiffs shall have thirty five (35) days after this Stipulation is signed to file and
13  serve an Amended Consolidated Complaint.  The Amended Consolidated Complaint shall be the
14  operative complaint and shall supersede all complaints filed in any of the actions consolidated
15  herein.
16      12.    Defendants and nominal defendant Google shall have thirty (30) days from the filing
17  of the Amended Consolidated Complaint to respond to the Amended Consolidated Complaint.
18      13.    In the event that any defendant and/or nominal defendant files a motion under Rule
19  12 of the Federal Rules of Civil Procedure in response to the Amended Consolidated Complaint,
20  plaintiffs shall have thirty (30) days to file and serve their opposition to the motion(s).  Defendants
21  and nominal defendant Google shall have twenty (20) days to file and serve reply memoranda, if
22  any.
23      14.    All motions shall be noticed in accordance with the Civil Local Rules, unless
24  otherwise ordered by the Court.

648183_1

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS
AND APPOINTING LEAD COUNSEL - Master File No. CV-11-04248-PJH    - 3 -

| | |
|---|---|
| DATED: September __, 2011 | ROBBINS GELLER RUDMAN    & DOWD LLP<br>DARREN J. ROBBINS<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>ERIK W. LUEDEKE |

                                                                                                                              s/ Travis E. Downs III
                                                                                                                             TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff Patricia M. McKenna

    I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Marc I. Gross has concurred in this filing.

| | |
|---|---|
| DATED: September __, 2011 | POMERANTZ HAUDEK GROSSMAN<br>  & GROSS LLP<br>MARC I. GROSS<br>JEREMY A. LIEBERMAN<br>FEI-LU QIAN |

                                                                                                                               s/ Marc I. Gross
                                                                                                                             MARC I. GROSS

100 Park Avenue
New York, NY  10017-5516
Telephone:  212/661-1100
212/661-8665 (fax)

648183_1

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS
AND APPOINTING LEAD COUNSEL - Master File No. CV-11-04248-PJH    - 4 -

|    |    |
|----|----|
| 1  |    |
| 2  | POMERANTZ HAUDEK GROSSMAN  <br>   & GROSS LLP |
| 3  | PATRICK V. DAHLSTROM  <br>Ten South La Salle Street, Suite 3505 |
| 4  | Chicago, IL  60603  <br>Telephone:  312/377-1181 |
|    | 312/377-1184 (fax) |
| 5  |    |
| 6  | BRONSTEIN GERWITZ  <br>   & GROSSMAN LLC |
| 7  | PERETZ BRONSTEIN  <br>60 East 42nd Street |
|    | New York, NY 10165 |
| 8  | Telephone: 212/697-6484  <br>212/697-7296 (fax) |
| 9  |    |
| 10 | BERMAN DeVALERIO  <br>JOSEPH J. TABACCO, JR. |
|    | NICOLE LAVALLEE |
| 11 | One California Street, Suite 900  <br>San Francisco, CA  94111 |
| 12 | Telephone:  415/433-3200  <br>415/433-6382 (fax) |
| 13 |    |
|    | Attorneys for Plaintiff Avrohom Gallis |

         I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Felipe J. Arroyo has concurred in this filing.

DATED:  September __, 2011                ROBBINS UMEDA LLP
                                          BRIAN J. ROBBINS
                                          FELIPE J. ARROYO
                                          SHANE P. SANDERS
                                          GINA STASSI


                                                  s/ Felipe J. Arroyo
                                                  FELIPE J. ARROYO

                                          600 B Street, Suite 1900
                                          San Diego, CA  92101
                                          Telephone:  619/525-3990
                                          619/525-3991 (fax)

648183_1

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS  
AND APPOINTING LEAD COUNSEL - Master File No. CV-11-04248-PJH — - 5 -

|  |  |
|---|---|
|  | HOLZER HOLZER & FISTEL, LLC |
|  | MICHAEL I. FISTEL, JR. |
|  | MARSHALL P. DEES |
|  | 200 Ashford Center North, Suite 300 |
|  | Atlanta, GA  30338 |
|  | Telephone:  770/392-0090 |
|  | 770/392-0029 (fax) |
|  |  |
|  | Attorneys for Plaintiff James Clem |

    I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Boris Feldman has concurred in this filing.

DATED:  September __, 2011
WILSON SONSINI GOODRICH &
   ROSATI, P.C.
BORIS FELDMAN
ELIZABETH C. PETERSON
DIANE M. WALTERS
BRYSON S. SANTAGUIDA


          s/ Boris Feldman
          BORIS FELDMAN

650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Nominal Defendant Google, Inc. and Defendants Larry Page, Sergey Brin, Eric E. Schmidt, L. John Doerr, John L. Hennessy, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Nikesh Arora and Patrick Pichette

     \*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/19/11
          THE HONORABLE PHYLLIS J. HAMILTON
          UNITED STATES DISTRICT JUDGE

648183_1

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS
AND APPOINTING LEAD COUNSEL - Master File No. CV-11-04248-PJH   - 6 -

# Mailing Information for a Case 4:11-cv-04248-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Benny Copeline Goodman , III**
  bennyg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth Catherine Peterson**
  epeterson@wsgr.com,bbahns@wsgr.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Bryson Scott Santaguida**
  bsantaguida@wsgr.com

- **Diane Marie Walters**
  dwalters@wsgr.com,smills@wsgr.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Boris Feldman
Wilson Sonsini Goodrich & Rosati
A  Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050

Erik W Luedeke
Robbins geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```